UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

———

MARK A. CHOMOS,

        Plaintiff,                         Case No. 1:15-cv-395

v.                                        Honorable Paul L. Maloney

CARMEN PALMER et al.,

        Defendants.
_____/

**JUDGMENT**

      In accordance with the Opinion filed this date:

      IT IS ORDERED that Plaintiff's action be DISMISSED WITH PREJUDICE for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).


Dated:  April 30, 2015                  /s/ Paul L. Maloney
                                                    Paul L. Maloney
                                                      Chief United States District Judge